SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
J. BARRETT MARUM, Cal. Bar No. 228628
ANNA S. GOUZOULES, Cal. Bar No. 325870
1540 El Camino Real
Menlo Park, CA 94025
Telephone:  619.338.6500
Facsimile:   619.234.3815
E-mail:      bmarum@sheppardmullin.com
             agouzoules@sheppardmullin.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. JANOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:21-cv-00402-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Assigned to: Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br>501 I Street<br>Sacramento, CA 95814<br><br>Complaint Filed:  December 16, 2020<br>(Removed from Sacramento Superior Court. Case No. 34-2020-00290820) |

1    Plaintiff TIMOTHY P. JANOVICH ("Plaintiff") by and through his attorneys
2 of record, United Law Center, and Defendant Wells Fargo Bank, N.A. ("Wells
3 Fargo") by and through its attorneys of record, Sheppard Mullin Richter & Hampton
4 LLP, enter into this Stipulation to Extend Time to Respond to Plaintiff's Complaint
5 ("Stipulation") as follows:
6    On December 16, 2020, Plaintiff filed his Complaint in the Superior Court of
7 California, County of Sacramento, Case No. 34-2020-00290820.
8    This action was removed to the U.S. District Court for the Eastern District of
9 California on March 5, 2021.
10    Wells Fargo filed a motion to dismiss Plaintiff's Complaint on March 12,
11 2021.
12    Plaintiff filed his opposition to Wells Fargo's motion to dismiss on April 1,
13 2021.
14    Wells Fargo filed its reply in support of its motion to dismiss on April 8,
15 2021.
16    On March 25, 2022, the Court entered an order (the "Order") granting in part
17 and denying in part Wells Fargo's motion to dismiss Plaintiff's Complaint.
18    Pursuant to the Court's Order, Wells Fargo's answer to the Complaint is due
19 to be filed within 21 days of the Order, making Wells Fargo's response deadline
20 Friday, April 15, 2022.
21    Plaintiff and Wells Fargo hereby stipulate and agree to a thirty (30) day
22 extension of the date by which Wells Fargo must file its answer to the Complaint.
23 Thirty (30) days after April 15, 2022 is Sunday, May 15, 2022; thus, Wells Fargo's
24 new deadline is Monday, May 16, 2022.
25    Based on the foregoing show of good cause, and subject to approval by this
26 Court, IT IS HEREBY STIPULATED that Wells Fargo's deadline to respond to the
27 Complaint shall be continued until Monday, May 16, 2022.
28

Dated:  March 29, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   *s/ J. Barrett Marum*
J. BARRET MARUM
ANNA S. GOUZOULES

Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated:  March 29, 2022

UNITED LAW CENTER

By   *s/ Christopher Holleran*
STEPHEN J. FOONDOS
CHRISTOPHER HOLLERAN

Attorneys for Plaintiff
TIMOTHY P. JANOVICH

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 29, 2022

*s/ J. Barrett Marum*
J. BARRETT MARUM
Attorney for Defendant,
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated:  March 30, 2022

Troy L. Nunley
United States District Judge